AO91 (Rev. 12/03) Criminal Complaint        **FELONY**        AUSA         United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

MAY -5 2019

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jose Antonio ALVAREZ-Diego
A216 384 219  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- **MJ-545**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 04, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on May 04, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 11/01/2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had 1,220 Mexican Pesos in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Quintanilla, Adalberto   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested

May 05, 2019                                  at    Brownsville, Texas
Date                                                City/State

Ronald G. Morgan         U.S. Magistrate Judge
Name of Judge            Title of Judge              Signature of Judge